IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA DIANE DOUGAN                                          PLAINTIFF

vs.                           Civil No. 2:08-cv-02083

MICHAEL J. ASTRUE                                     DEFENDANT
Commissioner, Social Security Administration

### ORDER

Before the Court is the Report and Recommendation filed on September 24, 2009 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, (Doc. No. 13). Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that counsel is entitled to compensation under the EAJA for 26.20 hours for attorney fees at the rate of $156.00 per hour, plus costs of $23.65, for a total attorney fee award of $4,110.85. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

IT IS SO ORDERED, this 14th day of October, 2009.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 14 2009
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK